UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRANK'S NURSERY, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL NO. 4:21-cv-03485 |
| MARTIN J. WALSH, Secretary § | |
| Untied States Department of Labor, § | |
| § | |
| Defendant. § | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Assistant United States Attorney Myra Siddiqui is hereby entering her appearance and substituting in as attorney-in-charge for the Defendant, Martin J. Walsh, in this action in place of Assistant United States Attorney Annalisa Cravens, the presently listed attorney-in-charge. Her address and contact information appear below.

> Myra Siddiqui
> Assistant United States Attorney
> Southern District of Texas
> 1000 Louisiana Street, Suite 2300
> Houston, TX 77002
> E-mail: myra.siddiqui@usdoj.gov

Dated July 11, 2022.

> Respectfully submitted,
> JENNIFER B. LOWERY
> United States Attorney
>
> By:   *s/ Myra Siddiqui*
> Myra Siddiqui
> Assistant United States Attorney
> Texas Bar No. 24106434
> S.D. Tex. ID No. 3257790
> 1000 Louisiana St., Suite 2300
> Houston, Texas 77002
> Telephone: (713) 567-9600
> Facsimile: (713) 718-3033
> Email: myra.siddiqui@usdoj.gov

## Certificate of Service

I hereby certify that the foregoing was served on the parties receiving ECF notification in this case on July 11, 2022, by ECF notice.

                                        *s/ Myra Siddiqui*
                                        Myra Siddiqui
                                        Assistant United States Attorney